# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

127425(39)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MICHAEL L. DAYMON and KATHRYN
DAYMON,
      Plaintiffs-Appellees,

v

TED L. FUHRMAN,
      Defendant-Appellant.

SC: 127425
COA: 249007
Gratiot CC: 00-006637-CZ

_____/

     On order of the Court, the motion for reconsideration of this Court's order of November 10, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

_____
Clerk

d0221